# COMPOSITE EXHIBIT "B"

# Compliance Acknowledgement Update – July 2023

I, the undersigned do hereby swear and affirm to the following to be used and relied upon by Broadstreet Global Fund, LLC and any of its affiliated entities including but not limited to Broadstreet, Inc. and Broadstreet Global Management (collectively "Broadstreet"):

1) I still meet the definition of an accredited investor as presented in my original subscription documents.
2) My mailing address and contact information has not changed and is accurate and up to date as reflected in my original subscription documents, and in the event it has changed I will promptly notify Broadstreet.
3) I have read the private placement memorandum, series supplements, data room documents, monthly updates and disclosures of Broadstreet, and still consent to all matters contained in those documents.
4) I acknowledge that I am responsible for reviewing the data room on a regular basis and also all updates posted as they may affect deal terms. Updates may not be provided to me by email and thereby I must enter the data room to make sure I have reviewed all information. That is my responsibility. These investments involve risk.
5) I am aware that if I do not log into the data room on a regular basis that I do so at my own risk as many significant and material terms and conditions are contained therein that may affect my investment. Broadstreet does not email me every material document and I should review the data room as a result.
6) I have been aware of and continue to consent to the fees and costs associated with my investment and how Broadstreet is paid, including but not limited to fees of up to six percent per year for five years and all fees can be taken up front or by splitting profits with investors or other manners of fees and costs as disclosed in the series supplement, the private placement memorandum, the data room and the disclosures in pitch decks.
7) I understand that the real estate development projects are not designed to immediately generate cash flow and often take years to be developed, completed and generate cash flow. I am aware that funds raised for projects may be deployed to generate additional returns not associated with the real estate project while capital is waiting to be deployed in real estate projects.
8) I am aware that until the infrastructure and other real estate investments generate significant cash flow, my investment may be used to generate profits elsewhere while awaiting deployment in real estate projects or to make or pay distributions, interest, returns, or towards any payments, fees and/or reserves.
9) I am aware that my investment in Broadstreet provides ownership in the applicable Broadstreet subseries. Individual land is titled in special purpose vehicles owned, managed and/or controlled by Broadstreet. Also, I only have ownership in the subseries for which I have invested and no others.
10) I acknowledge that I have no complaints involving the operation of Broadstreet or any matters involving Broadstreet and the company makes itself readily available to answer my questions.
11) I have always been given the opportunity to ask questions regarding Broadstreet products and operational information. I am a sophisticated investor and it is my obligation to ask questions if I feel I need more information.
12) I make my own investment decisions, neither Broadstreet nor any of its affiliates act as an investment advisor.
13) I have had the opportunity to seek my own legal and accounting advice when making decisions in relation to Broadstreet.
14) I recognize that at anytime I have questions or concerns, I can contact the Compliance Department at compliance@bsgfund.com
15) I understand if there are any material changes in my investment objectives or investment qualifications, I must notify Broadstreet immediately.

**By my signature, I certify that all information above is accurate.**

Signed: Kandasamychetty Perumal ____________________

Verified by signNow
07/31/2023 18:23:06 UTC
d563b5d43ed34ba99836

Dated: 07/31/2023

# Compliance Acknowledgement

I, the undersigned do hereby swear and affirm to the following to be used and relied upon by Broadstreet Global Fund, LLC and any of its affiliated entities including but not limited to Broadstreet, Inc. and Broadstreet Global Management (collectively "Broadstreet"):

1) I still meet the definition of an accredited investor as presented in my original subscription documents.
2) My mailing address and contact information has not changed and is accurate and up to date as reflected in my original subscription documents, and in the event it has changed I will promptly notify Broadstreet.
3) I have read the private placement memorandum, series supplements, data room documents, monthly updates and disclosures of Broadstreet, and still consent to all matters contained in those documents.
4) I acknowledge that I am responsible for reviewing the data room on a regular basis and also all updates posted as they may affect deal terms. Updates may not be provided to me by email and thereby I must enter the data room to make sure I have reviewed all information. That is my responsibility. These investments involve risk.
5) I am aware that if I do not log into the data room on a regular basis that I do so at my own risk as many significant and material terms and conditions are contained therein that may affect my investment. Broadstreet does not email me every material document and I should review the data room as a result.
6) I have been aware of and continue to consent to the fees and costs associated with my investment and how Broadstreet is paid, including but not limited to fees of up to six percent per year for five years and all fees can be taken up front or by splitting profits with investors or other manners of fees and costs as disclosed in the series supplement, the private placement memorandum, the data room and the disclosures in pitch decks.
7) I understand that the real estate development projects are not designed to immediately generate cash flow and often take years to be developed, completed and generate cash flow. I am aware that funds raised for projects may be deployed to generate additional returns not associated with the real estate project while capital is waiting to be deployed in real estate projects.
8) I am aware that until the infrastructure and other real estate investments generate significant cash flow, my investment may be used to generate profits elsewhere while awaiting deployment in real estate projects or to make or pay distributions, interest, returns, or towards any payments, fees and/or reserves.
9) I am aware that my investment in Broadstreet provides ownership in the applicable Broadstreet subseries. Individual land is titled in special purpose vehicles owned, managed and/or controlled by Broadstreet. Also, I only have ownership in the subseries for which I have invested and no others.
10) I acknowledge that I have no complaints involving the operation of Broadstreet or any matters involving Broadstreet and the company makes itself readily available to answer my questions.
11) I have always been given the opportunity to ask questions regarding Broadstreet products and operational information. I am a sophisticated investor and it is my obligation to ask questions if I feel I need more information.
12) I make my own investment decisions, neither Broadstreet nor any of its affiliates act as an investment advisor.
13) I have had the opportunity to seek my own legal and accounting advice when making decisions in relation to Broadstreet.
14) I recognize that at anytime I have questions or concerns, I can contact the Compliance Department at compliance@bsgfund.com
15) I understand if there are any material changes in my investment objectives or investment qualifications, I must notify Broadstreet immediately.

SIGNATURE PAGE
for IF8 Infrastructure Compliance Acknowledgement.pdf

IN WITNESS WHEREOF, this Agreement has been executed by the undersigned as of the date set forth below the undersigned's signature.

SUM INVESTMENTS LLC

DocuSigned by:

By: ______________________

786AB78B7C85484...

Name: Umesh Patel

Title: President

Date: November 26, 2023

# Compliance Acknowledgement

I, the undersigned do hereby swear and affirm to the following to be used and relied upon by Broadstreet Global Fund, LLC and any of its affiliated entities including but not limited to Broadstreet, Inc. and Broadstreet Global Management (collectively "Broadstreet"):

1) I still meet the definition of an accredited investor as presented in my original subscription documents.
2) My mailing address and contact information has not changed and is accurate and up to date as reflected in my original subscription documents, and in the event it has changed I will promptly notify Broadstreet.
3) I have read the private placement memorandum, series supplements, data room documents, monthly updates and disclosures of Broadstreet, and still consent to all matters contained in those documents.
4) I acknowledge that I am responsible for reviewing the data room on a regular basis and also all updates posted as they may affect deal terms. Updates may not be provided to me by email and thereby I must enter the data room to make sure I have reviewed all information. That is my responsibility. These investments involve risk.
5) I am aware that if I do not log into the data room on a regular basis that I do so at my own risk as many significant and material terms and conditions are contained therein that may affect my investment. Broadstreet does not email me every material document and I should review the data room as a result.
6) I have been aware of and continue to consent to the fees and costs associated with my investment and how Broadstreet is paid, including but not limited to fees of up to six percent per year for five years and all fees can be taken up front or by splitting profits with investors or other manners of fees and costs as disclosed in the series supplement, the private placement memorandum, the data room and the disclosures in pitch decks.
7) I understand that the real estate development projects are not designed to immediately generate cash flow and often take years to be developed, completed and generate cash flow. I am aware that funds raised for projects may be deployed to generate additional returns not associated with the real estate project while capital is waiting to be deployed in real estate projects.
8) I am aware that until the infrastructure and other real estate investments generate significant cash flow, my investment may be used to generate profits elsewhere while awaiting deployment in real estate projects or to make or pay distributions, interest, returns, or towards any payments, fees and/or reserves.
9) I am aware that my investment in Broadstreet provides ownership in the applicable Broadstreet subseries. Individual land is titled in special purpose vehicles owned, managed and/or controlled by Broadstreet. Also, I only have ownership in the subseries for which I have invested and no others.
10) I acknowledge that I have no complaints involving the operation of Broadstreet or any matters involving Broadstreet and the company makes itself readily available to answer my questions.
11) I have always been given the opportunity to ask questions regarding Broadstreet products and operational information. I am a sophisticated investor and it is my obligation to ask questions if I feel I need more information.
12) I make my own investment decisions, neither Broadstreet nor any of its affiliates act as an investment advisor.
13) I have had the opportunity to seek my own legal and accounting advice when making decisions in relation to Broadstreet.
14) I recognize that at anytime I have questions or concerns, I can contact the Compliance Department at compliance@bsgfund.com
15) I understand if there are any material changes in my investment objectives or investment qualifications, I must notify Broadstreet immediately.

SIGNATURE PAGE
for Land Banking Compliance Acknowledgement.pdf

IN WITNESS WHEREOF, this Agreement has been executed by the undersigned as of the date set forth below the undersigned's signature.

YONG I. PARK

DocuSigned by:

By: YONG I. PARK

58E9EB723746491...

Name: YONG I. PARK

Date: April 6, 2024

# Compliance Acknowledgement

I, the undersigned do hereby swear and affirm to the following to be used and relied upon by Broadstreet Global Fund, LLC and any of its affiliated entities including but not limited to Broadstreet, Inc. and Broadstreet Global Management (collectively "Broadstreet"):

1) I still meet the definition of an accredited investor as presented in my original subscription documents.
2) My mailing address and contact information has not changed and is accurate and up to date as reflected in my original subscription documents, and in the event it has changed I will promptly notify Broadstreet.
3) I have read the private placement memorandum, series supplements, data room documents, monthly updates and disclosures of Broadstreet, and still consent to all matters contained in those documents.
4) I acknowledge that I am responsible for reviewing the data room on a regular basis and also all updates posted as they may affect deal terms. Updates may not be provided to me by email and thereby I must enter the data room to make sure I have reviewed all information. That is my responsibility. These investments involve risk.
5) I am aware that if I do not log into the data room on a regular basis that I do so at my own risk as many significant and material terms and conditions are contained therein that may affect my investment. Broadstreet does not email me every material document and I should review the data room as a result.
6) I have been aware of and continue to consent to the fees and costs associated with my investment and how Broadstreet is paid, including but not limited to fees of up to six percent per year for five years and all fees can be taken up front or by splitting profits with investors or other manners of fees and costs as disclosed in the series supplement, the private placement memorandum, the data room and the disclosures in pitch decks.
7) I understand that the real estate development projects are not designed to immediately generate cash flow and often take years to be developed, completed and generate cash flow. I am aware that funds raised for projects may be deployed to generate additional returns not associated with the real estate project while capital is waiting to be deployed in real estate projects.
8) I am aware that until the infrastructure and other real estate investments generate significant cash flow, my investment may be used to generate profits elsewhere while awaiting deployment in real estate projects or to make or pay distributions, interest, returns, or towards any payments, fees and/or reserves.
9) I am aware that my investment in Broadstreet provides ownership in the applicable Broadstreet subseries. Individual land is titled in special purpose vehicles owned, managed and/or controlled by Broadstreet. Also, I only have ownership in the subseries for which I have invested and no others.
10) I acknowledge that I have no complaints involving the operation of Broadstreet or any matters involving Broadstreet and the company makes itself readily available to answer my questions.
11) I have always been given the opportunity to ask questions regarding Broadstreet products and operational information. I am a sophisticated investor and it is my obligation to ask questions if I feel I need more information.
12) I make my own investment decisions, neither Broadstreet nor any of its affiliates act as an investment advisor.
13) I have had the opportunity to seek my own legal and accounting advice when making decisions in relation to Broadstreet.
14) I recognize that at anytime I have questions or concerns, I can contact the Compliance Department at compliance@bsgfund.com
15) I understand if there are any material changes in my investment objectives or investment qualifications, I must notify Broadstreet immediately.

SIGNATURE PAGE
for Broadstreet Tennessee Compliance Acknowledgement.pdf

IN WITNESS WHEREOF, this Agreement has been executed by the undersigned as of the date set forth below the undersigned's signature.

ZISHAN JAFFER

DocuSigned by:

By: Zishan Jaffer

BB6B965A1D4D4D7...

Name: ZISHAN JAFFER

Date: June 12, 2024

# Compliance Acknowledgement

I, the undersigned do hereby swear and affirm to the following to be used and relied upon by Broadstreet Global Fund, LLC and any of its affiliated entities including but not limited to Broadstreet, Inc. and Broadstreet Global Management (collectively "Broadstreet"):

1) I still meet the definition of an accredited investor as presented in my original subscription documents.
2) My mailing address and contact information has not changed and is accurate and up to date as reflected in my original subscription documents, and in the event it has changed I will promptly notify Broadstreet.
3) I have read the private placement memorandum, series supplements, data room documents, monthly updates and disclosures of Broadstreet, and still consent to all matters contained in those documents.
4) I acknowledge that I am responsible for reviewing the data room on a regular basis and also all updates posted as they may affect deal terms. Updates may not be provided to me by email and thereby I must enter the data room to make sure I have reviewed all information. That is my responsibility. These investments involve risk.
5) I am aware that if I do not log into the data room on a regular basis that I do so at my own risk as many significant and material terms and conditions are contained therein that may affect my investment. Broadstreet does not email me every material document and I should review the data room as a result.
6) I have been aware of and continue to consent to the fees and costs associated with my investment and how Broadstreet is paid, including but not limited to fees of up to six percent per year for five years and all fees can be taken up front or by splitting profits with investors or other manners of fees and costs as disclosed in the series supplement, the private placement memorandum, the data room and the disclosures in pitch decks.
7) I understand that the real estate development projects are not designed to immediately generate cash flow and often take years to be developed, completed and generate cash flow. I am aware that funds raised for projects may be deployed to generate additional returns not associated with the real estate project while capital is waiting to be deployed in real estate projects.
8) I am aware that until the infrastructure and other real estate investments generate significant cash flow, my investment may be used to generate profits elsewhere while awaiting deployment in real estate projects or to make or pay distributions, interest, returns, or towards any payments, fees and/or reserves.
9) I am aware that my investment in Broadstreet provides ownership in the applicable Broadstreet subseries. Individual land is titled in special purpose vehicles owned, managed and/or controlled by Broadstreet. Also, I only have ownership in the subseries for which I have invested and no others.
10) I acknowledge that I have no complaints involving the operation of Broadstreet or any matters involving Broadstreet and the company makes itself readily available to answer my questions.
11) I have always been given the opportunity to ask questions regarding Broadstreet products and operational information. I am a sophisticated investor and it is my obligation to ask questions if I feel I need more information.
12) I make my own investment decisions, neither Broadstreet nor any of its affiliates act as an investment advisor.
13) I have had the opportunity to seek my own legal and accounting advice when making decisions in relation to Broadstreet.
14) I recognize that at anytime I have questions or concerns, I can contact the Compliance Department at compliance@bsgfund.com
15) I understand if there are any material changes in my investment objectives or investment qualifications, I must notify Broadstreet immediately.

SIGNATURE PAGE

for Data#1 - 19% Annual Return Compliance Acknowledgement.pdf

IN WITNESS WHEREOF, this Agreement has been executed by the undersigned as of the date set forth below the undersigned's signature.

THOMAS J. & TINA JONES

Signed by:

By: Thomas Jones

F330BC6B1F434C3...

Name: Thomas Jones

Date: November 4, 2024

DocuSigned by:

By: Tina Jones

24975961067640C...

Name: Tina Jones

Date: November 4, 2024