# EXHIBIT “I”

May 28, 2026

**Re: Broadstreet Global Fund ("BSGF" or "Fund") Update – Next Steps**

Dear Broadstreet Universe:

Approximately one week ago, all investors were advised of the complete redemption of investments, in kind, through stock being issued from a previously announced reverse triangular merger. Also previously announced, the bill of sale for transfer of assets to the purchaser had been fully executed.

We had also previously released multiple investor update letters (12/5/25, 1/15/26, 2/2/26, 2/25/26, 3/23/26, 4/28/26, 5/14/26 and 5/22/26), collectively the "Investor Updates," all sent after the redemption transaction (the "Redemption") previously announced last fall. Those updates, in conjunction with the private placement memorandum, operating agreement, investor acknowledgement and data room disclosures (collectively the "Investor Documents"), comprise extensive information provided to all investors describing our relationship.

Further and previously announced, the results of the Redemption were that approximately 94% of the redemption value of our investors elected to be redeemed in the form of stock payment from a reverse triangular merger transaction. The remaining approximately 6% of the redemption value had elected cash consideration but are also being redeemed for stock as permitted in the Investor Documents signed by each and every investor and thus binding on every investor.

A number of persons have asked questions and in each and every case so far, those questions and comments are covered by the Investor Documents and the Investor Updates. We would respectfully ask that you closely review again that which we have painstakingly prepared and executed amongst us and which are binding documents. It is best that you read the documents in particular the operating agreement and private placement which seem to be most applicable to some of the questions.

Fortunately, the overwhelming majority of investors have responded with positive feedback throughout this journey and we are truly grateful for that support. We are very enthusiastic

regarding what has been arranged and achieved and we have high expectations for outstanding results. In short, we believe that our deal, which provides for a nearly 3x payment in kind is outstanding and provides the best upside potential based on the information previously discussed.

The purpose of this letter is to provide further information to make sure that investors take all necessary steps to secure proper updating of records, confirm valuations and receipt of their consideration.

First, we want to again remind you that we have begun to collect the brokerage account information from each investor in order to make the arrangements for the delivery of stock for the Redemption. Please provide your brokerage delivery information by email (info@broadstreetglobalfund.com) at your earliest convenience so that we can arrange transfer of your stock receiving information. Any brokerage firm that electronically accepts the transmission of stock should be able to accept your shares. Please ask your brokerage firm to provide that information, which generally includes: (a) your account name which must match the account name at BSGF (b) your stock brokerage account number (c) the name of your brokerage firm and (d) the brokerage firm DTC number. Your brokerage firm should be able to assist you with this information.

Next, as we assemble all of the brokerage information for transmission to the independent third parties handling the transfers, we will also update your account information at BSGF (login to your account and when your account is updated you should notice a notation of the value of your participation in the in kind transaction as being marked as roughly three times (3x) the value of your investment. Calculated as described in the Investor Documents). If your account statement has not yet been updated, it will be, please be patient and recognize complete update will reflect the notation of participation rights in the purchaser entity denoted by the initials SWB which reflects the participation value to be communicated to SWB LLC (hereinafter "SWB") the acquiring counterparty. Before we finalize the values, we will notify all investors so that they can verify and double-check the values being transferred for share issuance and have adequate time to do so.

Again, when all final calculations of account participation rights have been made, we shall send an email to all investors asking you to check and confirm your account value of the participation rights in SWB. Once complete confirmation has been made, collected and confirmed, we will thereafter communicate those final values to SWB. At that point, we expect that SWB will thereafter utilize the services of independent third parties, including but not limited to transfer agents and custodians to begin the ultimate transfer of shares in Soul Acquisition Corporation, stock symbol SOUL, upon the legal issuance of the same.

As always, we have greatly appreciated our journey together. The overwhelming support and positive comments are received with gratitude. We are sincerely proud of what has been accomplished.

Sincerely,

**Broad Street Global Management LLC**
Manager of Broad Street Global Fund LLC