# EXHIBIT "J"

BROADSTREET GLOBAL

July 27, 2026

**Re: Broadstreet Global Fund ("BSGF" or "Fund") Update**

Dear Broadstreet Universe:

Please accept this letter as an update and supplement to prior updates provided to investors.[1] As previously announced, BSGF has been involved in two exit transactions, both of which are being paid to investors in stock as authorized in the Investor Documents. The two exit transactions include: (a) the sale of our technology/crypto endeavor for approximately $600 million value, and (b) the sale of infrastructure assets for approximately $3 billion value, yielding a total sales price of $3.6 billion based on valuation. Considering that our invested capital was approximately $1.2 billion, that yields a profit of $2.4 billion and a 3x multiple on invested capital based on valuation.[2]

For those of you who receive The Wall Street Journal, you may have seen the article from July 21, 2026 titled "Private-Equity Assets Stuck in 'Zombie Funds' Are at a Record High"[3] and which discussed how the number of private equity exits is substantially backed up and record levels of private equity investments are stuck without exits. Hence, we are pleased that we were able to arrange exits and we do recognize that exits may take patience as our deals focus on public market securities prices and those prices, especially in this market cycle, can be extraordinarily volatile. Nonetheless, we have achieved exits, when others simply have not, and as we study past successful companies in the market, we note extreme volatility and price swings are not uncommon as we

---

[1] We had also previously released multiple investor update letters (12/5/25, 1/15/26, 2/2/26, 2/25/26, 3/23/26, 4/28/26, 5/14/26, 5/22/26, 5/28/26, 6/11/26 and 6/19/26), collectively the "Investor Updates," all sent after the redemption transaction (the "Redemption") previously announced last fall. Those updates, in conjunction with the private placement memorandum, operating agreement, investor acknowledgement and data room disclosures (collectively the "Investor Documents"), comprise extensive information provided to all investors describing our relationship. Any returns discussed herein are by way of example as individual investor results may vary based upon date of exit. No guarantees as to market performance.

[2] See for example ASC 845, ASC 610 for parameters in calculating profit and Investor Documents involving Manager discretion in determining value.

[3] https://www.wsj.com/finance/investing/private-equity-assets-stuck-in-zombie-funds-are-at-a-record-high-4dbd01be?mod=Searchresults&pos=1&page=1

have also discussed in the past. Even such famous named companies as Amazon, Nvidia and Berkshire suffered major losses in their stock prices before becoming extreme long-term winners. In addition, many big-name stocks during this year alone have fallen more than fifty percent including SpaceX, one of the most highly anticipated IPO's which has fallen nearly fifty percent in just its first month.[4] Interest rates remain elevated and the homebuilding market is challenging with even such reputable and blue-chip companies like Lennar announcing earnings down substantially.

Further reality is that geopolitical unrest and the escalation of oil prices along with war in the middle east have also contributed to uncertainty and instability. In short, the business environment has changed, nonetheless, we remain optimistic and supportive of the United States markets and believe that when overall conditions return, our exits will prove to have been intelligent decisions.

One of the reasons we focused our Fund on just high net-worth sophisticated investors is because of their aptitude and understanding of these issues, their tolerance for risk and their high level of sophistication to understand all of the rights and decision-making authority granted to us in the expansive Investor Documents signed and provided to all. Each action taken was enumerated and authorized in the Investor Documents, as always if you have questions, you should carefully review what you signed, acknowledged and accepted. We take great pride in the overwhelming support of the majority of our investors but will hold steadfast against the minority that seek to avoid their contractual obligations. We built this company by being strong, aggressive, innovative and focused. That will simply not change.

On another note, we previously announced that we would be utilizing Juniper (the software platform that you should be logging into monthly) to provide our calculation of your 3x participation rights for the Redemption.

Also as previously announced, on the last day of July we will transmit the final calculations of the 3x participation rights for determination of share issuance for the Redemption. Again, as previously discussed, the share issuance is expected to occur upon the completion of the registration process related to the public shares that are ultimately to be received for the transaction consideration. That is not a fixed date and as previously expressed, we do not control that process nor the process of outside third-party transfer agents that may issue such shares. We have completed our material steps for these transactions but there are parts of these transactions that are in the control of third parties. Right now, our expectation is for all third parties to complete their duties within the next couple of months, that is simply our best estimate based on information

[4] Per MarketWatch/Morningstar, Money Digest, and AInvest —: **Intuit −57–58%, BitMine −57%, Flutter −56%, CoStar −56%, Zillow −55%, HubSpot −54%, Figma −54%, Trade Desk −53%, Tencent Music −53%, Boston Scientific −53%, Accenture −50%, Cognizant −47%, Gartner −46%, Insulet −44%, Leidos −40%, Salesforce −37%**.

recently conveyed to us. As such, we will continue to update you periodically as we have done in the past.

We do want to again remind investors that our receipt of your brokerage information is critical to the proper issuance of shares to you and we ask that you reference our prior Investor Updates including those two updates sent earlier last month to confirm the exact information you should provide us in order to make the process as efficient as possible.

As always, we have greatly appreciated our journey together. The overwhelming support and positive comments are received with gratitude. We are sincerely proud of what has been accomplished.

Sincerely,

**Broad Street Global Management LLC**

Manager of Broad Street Global Fund LLC