# EXHIBIT "K"

# DECLARATION OF STEPHEN MATTHEW DARBY

I, **STEPHEN MATTHEW DARBY**, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct, that I am over 18 years of age, and that the matters stated herein are based upon my personal knowledge, except where I expressly state that a matter is based upon communications, documents, investor presentations, or other information provided to us:

1. Paula and I are both 77 years old.

2. Paula is a retired elementary school teacher, who worked in early primary grades, pre-K through fourth grade, for 25 years.

3. I was a representative for a manufacturing company in the pluming and HVAC industry. I worked in this capacity for 47 years before my retirement in December of 2020.

4. In early 2019, I was contacted by Todd Sanders. A friend of mine had referred him to me. At the time he was selling pre-IPO stock offerings with Richard Cardinale of L3 Capital Advisors. I invested $100,000 from my IRA. These investments proved to have a successful return.

5. In early 2021, Todd was with Phoenix Financial and with his encouragement I invested into the L3 Capital Hotel Fund. Richard Cardinale was the manager. There was a dividend paid for a short time and then that abruptly stopped.

6. In December of 2023, Todd sent me information about Broadstreet. I had $56 thousand in an IRA and Todd suggested I invest it in the Broadstreet Infrastructure offering.

7. On January 30, 2024, Todd sent me the Docusign document that I had to complete "ASAP" (Todd's words in his text) to get in by the February 1 close. I signed. It was paying 14.63% which I chose to reinvest.

8. This continued throughout 2024 as I invested in other Broadstreet offerings, through my IRA, that I was moving from Vanguard to Directed Trust IRA. It was always a quick decision I had to make before an offering was closing. I felt there was no time for attorney review or outside counsel for advice.

9. My last investment was on January 31,2025.

10. On June 6,2025 Todd sent a text informing me that he had great news. Broadstreet was selling 40% of their infrastructure development business for $500,000,000 in cash! He proceeded to push hard for me to choose Option B but from the beginning Paula and I chose Option A.

11. The rest is history. Delay after delay regarding our cash redemption and then the May 2026 letter informing us it would be an "In Kind" stock redemption locked up for 3 years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September ___, 2026, in ____________County, State of __________.

___________________________________
**Stephen Matthew Darby**